UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FREDDIE PEARSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTOUCHCX SOLUTIONS, INC.<br><br>Defendant. | Case No.: 2:23-cv-01888<br><br>ORDER |

Upon consideration of Plaintiff's Motion to Extend Time to File Verified Petitions and Designation of Local Counsel, it is hereby ORDERED that:

1. Lead Counsel for Plaintiff, Brown, LLC, shall have thirty (30) days to receive the remaining Certificates of Good Standing to submit complete and accurate Verified Petitions and Designation of Local Counsel for Nicholas Conlon and Edmund C. Celiesius.

IT IS SO ORDERED:

Dated: December 15, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE