FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
ELIZABETH ANNE HANSON, ESQ.
Nevada Bar No. 16249
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: mricciardi@fisherphillips.com
E-Mail Address: ehanson@fisherphillips.com
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDDIE PEARSON, individually, and on behalf of all others similarly situated,<br><br>  Plaintiff,<br>vs.<br><br>INTOUCHCX SOLUTIONS, INC.,<br><br>  Defendant. | Case No.: 2:23-cv-01888-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

   IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant INTOUCHCX SOLUTIONS, INC. ("Defendant") will have an extension of time, up to and including January 12, 2024, to answer or otherwise respond to Plaintiffs' Complaint (ECF No. 1).

   Plaintiff has indicated that he plans to seek leave to file an amended complaint on or about December 22, 2023, which, if granted, would moot the need for Defendant to answer or otherwise respond to Plaintiff's Complaint and set a later deadline for Defendant to answer or otherwise respond to such amended complaint from the date the Court grants Plaintiff leave to amend his Complaint. This extension is sought to facilitate this amendment and avoid duplication of efforts.

///

///

1

Accordingly, this stipulation is sought in good faith. This is the first request for an extension of this deadline on behalf of Defendant.

Dated this 19th day of December, 2023.

| FISHER & PHILLIPS, LLP | BROWN, LLC |
|---|---|
| By: */s/ Elizabeth Anne Hanson, Esq.*<br>Elizabeth Anne Hanson, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant* | By: */s/ Edmund Celiesius, Esq.*<br>Edmund C. Celiesius (PHV)<br>Nicholas Conlon (PHV)<br>111 Town Square Place, Suite 400<br>Jersey City, New Jersey 07310<br><br>Roger Wenthe, Esq.<br>ROGER WENTHE, PLLC<br>Nevada Bar No. 8920<br>2831 St. Rose Parkway<br>Suite 200<br>Henderson, Nevada 89052<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

December 20, 2023
_____
DATE