FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
ELIZABETH ANNE HANSON, ESQ.
Nevada Bar No. 16249
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone:  (702) 252-3131
E-Mail Address:  mricciardi@fisherphillips.com
E-Mail Address:  ehanson@fisherphillips.com
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDDIE PEARSON, and LEA ANN DAILEY, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTOUCHCX SOLUTIONS, INC.,<br><br>Defendant. | Case No.: 2:23-cv-01888-APG-VCF<br><br>**ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant INTOUCHCX SOLUTIONS, INC. ("Defendant") will have an extension of time, up to and including January 19, 2024, to respond to Plaintiffs Freddie Pearson and Lea Ann Dailey's (together, "Plaintiffs") First Amended Collective and Class Action Complaint With Jury Demand (ECF No. 13-1) (the "FAC").  Plaintiffs filed their FAC on December 20, 2023.  Because this amended complaint was filed just prior to the holiday season, Defendant is seeking additional time to answer or otherwise respond to the FAC.

///

///

///

///

1

FP 49151976.1

Accordingly, this stipulated extension is sought in good faith. This is the first request for an extension of the deadline to respond to Plaintiffs' FAC on behalf of Defendant.

Dated this 28th day of December, 2023.

| FISHER & PHILLIPS, LLP | BROWN, LLC |
|---|---|
| By: */s/ Elizabeth Anne Hanson, Esq.*<br>Mark J. Ricciardi, Esq.<br>Elizabeth Anne Hanson, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant* | By: */s/ Edmund Celiesius, Esq.*<br>Edmund C. Celiesius (PHV)<br>Nicholas Conlon (PHV)<br>111 Town Square Place, Suite 400<br>Jersey City, New Jersey 07310<br><br>Roger Wenthe, Esq.<br>ROGER WENTHE, PLLC<br>Nevada Bar No. 8920<br>2831 St. Rose Parkway<br>Suite 200<br>Henderson, Nevada 89052<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

December 29, 2023
_____
DATE