1  BROWN, LLC
   Edmund C. Celiesius
2  111 Town Square Place, Suite 400
   Jersey City, NJ 07310
3  T: (201) 630-0000
   ed.celiesius@jtblawgroup.com
4  *Lead Counsel for Plaintiff*
   (Additional counsel appear on signature page)
5

6              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
7

| | |
|---|---|
| 8  FREDDIE PEARSON, and LEA ANN DAILEY, individually, and on behalf of all others similarly situated, | Case No.: 2:23-CV-01888-APG-MDC |
| 10             Plaintiffs, | STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND FOR DEFENDANT TO REPLY |
| 11       vs. | |
| 12  INTOUCHCX SOLUTIONS, INC. | |
| 13             Defendant. | |

15       On December 20, 2023, Plaintiffs FREDDIE PEARSON and LEA ANN DAILEY ("Plaintiffs") filed a their first amended putative and collective action complaint in the United States District Court, District of Nevada (ECF No. 15);

18       On January 19, 2024, Defendant INTOUCHCX SOLUTIONS, INC. filed its Motion to Dismiss Collective Action and Class Complaint with Jury Demand (ECF No. 23);

20       Pursuant to LR 7-2(b), Plaintiffs currently have until February 2, 2024 to file their response to Defendant's Motion to Dismiss, and Defendant has until February 9, 2024, to file its reply brief in support thereof;

23       On January 22, 2024, counsel for Plaintiffs and Defendant conferred regarding a fourteen (14) day extension of Plaintiffs' deadline to respond to Defendant's Motion to Dismiss, as well as a seven (7) day extension of Defendant's deadline to file a reply brief in support thereof, and counsel for Defendant advised they consent to said extensions. The reason for the extensions are not for delay;

1
STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO
DEFENDANT'S MOTION TO DISMISS AND FOR DEFENDANT TO REPLY

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant, through their respective undersigned counsel of record, that:

1. Plaintiffs will have until February 16, 2024, to file their response to Defendant's Motion to Dismiss, an extension of fourteen (14) days;

2. Defendant will have until March 1, 2024, to file its reply brief in support of its Motion to Dismiss, an extension of seven (7) days;

IT IS SO STIPULATED.

Dated: January 25, 2024

| BROWN, LLC | FISHER & PHILLIPS LLP |
|---|---|
| */s/ Edmund Celiesius* <br> Edmund C. Celiesius (PHV) <br> Nicholas Conlon (PHV) <br> 111 Town Square Place, Suite 400 <br> Jersey City, NJ 07310 <br> T: (201) 630-0000 <br> ed.celiesius@jtblawgroup.com <br> nicholasconlon@jtblawgroup.com <br><br> *Lead Counsel for Plaintiffs* <br><br> Roger Wenthe <br> **ROGER WENTHE, PLLC** <br> Nevada Bar No. 8920 <br> 2831 St. Rose Pkwy. #200 <br> Henderson, NV 89052 <br> T: (702) 971-0541 <br> roger.wenthe@gmail.com <br><br> *Local Counsel for Plaintiffs* | */s/ Jeffrey McClelland* <br> Jeffrey H. McClelland (PHV) <br> 1125 17th Street, Suite 2400 <br> Denver, CO 80202 <br> jmcclelland@fisherphillips.com <br><br> *Counsel for Defendant* <br><br> E. Anne Hanson <br> **FISHER & PHILLIPS LLP** <br> 300 S. Fourth Street, Suite 1500 <br> Las Vegas, NV 89101 <br> ehanson@fisherphillips.com <br><br> *Counsel for Defendant* |

IT IS SO ORDERED:

Dated: January 26, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

/ / /

/ / /

---

2
STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND FOR DEFENDANT TO REPLY