FISHER & PHILLIPS LLP
JEFFREY H. MCCLELLAND
*(Admitted Pro Hac Vice)*
1125 17th Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 218-3650

FISHER & PHILLIPS LLP
E. ANNE HANSON
Nevada Bar No. 16249
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: jmcclelland@fisherphillips.com
E-Mail Address: ehanson@fisherphillips.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FREDDIE PEARSON, and LEA ANN DAILEY, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> INTOUCHCX SOLUTIONS, INC., <br><br> Defendant. | Case No.: 2:23-cv-01888-APG-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL DISMISSAL OF PLAINTFFS' SECOND AMENDED COMPLAINT** <br><br> **(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant INTOUCHCX SOLUTIONS, INC. ("Defendant") will have an extension of time, up to and including March 22, 2024, to file its Reply in Support of its Motion for Partial Dismissal of Plaintiffs' Second Amended Complaint. Because additional time is required to fully evaluate Plaintiff's Opposition to Defendant's Motion for Partial Dismissal of Plaintiff's Second Amended Complaint (ECF No. 31), Defendant is seeking this additional time to reply.

Accordingly, this stipulated extension is sought in good faith. This is the first request for an extension of the deadline for Defendant to file its Reply in Support of its Motion for Partial Dismissal of Plaintiff's Second Amended Complaint.

1

Dated this 11th day of March, 2024.

| FISHER & PHILLIPS, LLP | BROWN, LLC |
|---|---|
| By: */s/ Jeffrey h. McClelland* <br> JEFFREY H. MCCLELLAND <br> *(Admitted Pro Hac Vice)* <br> 1125 17th Street, Suite 2400 <br> Denver, Colorado 80202 <br><br> E. ANNE HANSON <br> 300 S. Fourth Street, Suite 1500 <br> Las Vegas, Nevada 89101 <br> *Attorneys for Defendant* | By: */s/ Edmund Celiesius, Esq.* <br> Edmund C. Celiesius (PHV) <br> Nicholas Conlon (PHV) <br> 111 Town Square Place, Suite 400 <br> Jersey City, New Jersey 07310 <br><br> Roger Wenthe, Esq. <br> ROGER WENTHE, PLLC <br> Nevada Bar No. 8920 <br> 2831 St. Rose Parkway <br> Suite 200 <br> Henderson, Nevada 89052 <br><br> *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

March 12, 2024
DATE

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

2

FP 49952910.1