FISHER & PHILLIPS LLP
BRETT M. WENDT, ESQ.
*(Admitted Pro Hac Vice)*
1125 17th Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 218-3650

E. ANNE HANSON
Nevada Bar No. 16249
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: bwendt@fisherphillips.com
E-Mail Address: ehanson@fisherphillips.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FREDDIE PEARSON, and LEA ANN DAILEY, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTOUCHCX SOLUTIONS INC.,<br><br>Defendant. | Case No.: 2:23-cv-01888-APG-MDC<br><br>**MOTION FOR WITHDRAWAL OF ATTORNEY JEFFREY H. MCCLELLAND** |

Defendant IntouchCX Solutions Inc. ("Defendant") by and through its undersigned counsel, Fisher & Phillips, LLP, hereby notifies the Court to remove Jeffrey H. McClelland as counsel of record from the above-captioned case and the Court's docket. Mr. McClelland is no longer an employee of Fisher & Phillips, LLP. E. Anne Hanson will remain as lead counsel of record for Defendant IntouchCX Solutions, Inc.

Dated this 2nd day of July, 2024.

FISHER & PHILLIPS, LLP
/s/ E. Anne Hanson
_____
E. ANNE HANSON, ESQ.
BRETT M. WENDT, ESQ.
300 South Fourth Street, Suite 1500
Las Vegas, NV 89101
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 7/3/2024

1

FP 51099054.1