FISHER & PHILLIPS LLP
BRETT M. WENDT, ESQ.
*(Admitted Pro Hac Vice)*
1125 17th Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 218-3650
E-Mail Address:  bwendt@fisherphillips.com

ELIZABETH ANNE HANSON, ESQ.
Nevada Bar No. 16249
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone:  (702) 252-3131
E-Mail Address:  ehanson@fisherphillips.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FREDDIE PEARSON, and LEA ANN DAILEY, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> INTOUCHCX SOLUTIONS, INC., <br><br> Defendant. | Case No.: 2:23-cv-01888-APG-MDC <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO REMINAING CLAIMS IN PLAINTIFFS' SECOND AMENDED COMPLAINT** <br><br> **(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant INTOUCHCX SOLUTIONS, INC. ("Defendant") will have an extension of time, up to and including November 7, 2024, to respond to the remaining claims of Plaintiffs Freddie Pearson and Lea Ann Dailey's (together, "Plaintiffs") Second Amended Collective and Class Action Complaint With Jury Demand (ECF No. 26) (the "SAC").  The Court recently ruled on Defendant's Motion to Dismiss, granting Defendant's motion in part and denying Defendant's motion in part with respect to certain of Plaintiffs' claims in their SAC (ECF No. 45).  As part of that

FP 52496164.1

1  Order, the Court further granted Plaintiffs until October 18, 2024 to file a third
2  amended Complaint correcting the deficiencies found in the SAC. This extension is
3  sought in an effort to maximize efficiency.
4      Accordingly, this stipulated extension is sought in good faith. This is the
5  second request for an extension of the deadline to respond to Plaintiffs' SAC on behalf
6  of Defendant.
7      Dated this 7th day of October, 2024.

| FISHER & PHILLIPS, LLP | BROWN, LLC |
|---|---|
| By: /s/ *Elizabeth Anne Hanson, Esq.*<br>Elizabeth Anne Hanson, Esq.<br>Brett M. Wendt, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant* | By: /s/ *Edmund Celiesius, Esq.*<br>Edmund C. Celiesius (PHV)<br>Nicholas Conlon (PHV)<br>111 Town Square Place, Suite 400<br>Jersey City, New Jersey 07310<br><br>Roger Wenthe, Esq.<br>ROGER WENTHE, PLLC<br>Nevada Bar No. 8920<br>2831 St. Rose Parkway<br>Suite 200<br>Henderson, Nevada 89052<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

DATE: 10/9/2024

FP 52496164.1