FISHER & PHILLIPS LLP
BRETT M. WENDT, ESQ.
*(Admitted Pro Hac Vice)*
1125 17th Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 218-3650
E-Mail Address: bwendt@fisherphillips.com

ELIZABETH ANNE HANSON, ESQ.
Nevada Bar No. 16249
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: ehanson@fisherphillips.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDDIE PEARSON, and LEA ANN DAILEY, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTOUCHCX SOLUTIONS, INC.,<br><br>Defendant. | Case No.: 2:23-cv-01888-APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO REMAINING CLAIMS IN PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant INTOUCHCX SOLUTIONS, INC. ("Defendant") will have an extension of time, up to and including December 3, 2024, to respond to the remaining claims of Plaintiffs Freddie Pearson and Lea Ann Dailey's (together, "Plaintiffs") Second Amended Collective and Class Action Complaint With Jury Demand (ECF No. 26) (the "SAC").

The parties have agreed to meet and confer on this case and are finalizing a date and time to do so. This extension is sought in an effort to maximize efficiency.

1

FP 52761931.1

1  Accordingly, this stipulated extension is sought in good faith. This is the second
2  request for an extension of the deadline to respond to Plaintiffs' SAC on behalf of
3  Defendant.

4  Dated this 30th day of October, 2024.

5  FISHER & PHILLIPS, LLP                     BROWN, LLC

7  By: /s/ Elizabeth Anne Hanson, Esq.        By: /s/ Edmund Celiesius, Esq.
   Elizabeth Anne Hanson, Esq.                Edmund C. Celiesius (PHV)
8  Brett M. Wendt, Esq.                       Nicholas Conlon (PHV)
   300 S. Fourth Street, Suite 1500           111 Town Square Place, Suite 400
9  Las Vegas, Nevada 89101                    Jersey City, New Jersey 07310
   *Attorneys for Defendant*

   Roger Wenthe, Esq.
   ROGER WENTHE, PLLC
   Nevada Bar No. 8920
   2831 St. Rose Parkway
   Suite 200
   Henderson, Nevada 89052

   *Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

DATE: 11/4/2024

FP 52761931.1