UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Freddie Pearson, et al.,

          Plaintiff(s),

vs.

InTouchCX Solutions, Inc.,

          Defendant(s).

2:23-cv-01888-APG-MDC

ORDER GRANTING MOTION

**IT IS ORDERED** that the *Motion to Withdraw as Attorney* (ECF No. 53) is **GRANTED**. Edmund C. Celiesius, Esq. is to be removed as counsel of record for plaintiffs and from CM/ECF service in this matter.

Plaintiffs will continue to be represented by Nicholas Conlon, Esq. of the law firm of Brown, LLC and Roger Wayne Wenthe, Esq. of the law firm of Roger Wenthe, PLLC.

DATED this 10th day of January 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge