FISHER & PHILLIPS LLP
BRETT M. WENDT, ESQ.
*(Admitted Pro Hac Vice)*
1125 17th Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 218-3650
E-Mail Address: bwendt@fisherphillips.com

ELIZABETH ANNE HANSON, ESQ.
Nevada Bar No. 16249
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: ehanson@fisherphillips.com

ERICA G. WILSON, ESQ.
*(Admitted Pro Hac Vice)*
6 PPG Place, Suite 830
Pittsburgh, PA 15222
Telephone: (412) 822-6624
E-Mail Address: ewilson@fisherphillips.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDDIE PEARSON, and LEA ANN DAILEY, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>INTOUCHCX SOLUTIONS, INC.,<br><br>　　　　　　　　Defendant. | Case No.: 2:23-cv-01888-APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO CONSOLIDATE (ECF NO. 66) (FIRST REQUEST)** |

IT IS HEREBY STIPLUATED AND AGREED by and between the Parties' counsel of record that Defendant IntouchCX Solutions, Inc. ("Defendant") will

///
///
///
///
///

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

1  have an extension of time up to and including August 13, 2025, to file its Reply in
2  support of its Motion to Consolidate. This is the first request for an extension of this
3  deadline.

4      Dated this 4th day of August, 2025.

**FISHER & PHILLIPS, LLP**      **BROWN, LLC**

By: */s/ Elizabeth Anne Hanson, Esq.*
Elizabeth Anne Hanson, Esq.
Brett M. Wendt, Esq.
Erica G. Wilson, Esq.
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
*Attorneys for Defendant*

By: */s/ Nicolas Conlon, Esq.*
Nicholas Conlon (PHV)
111 Town Square Place, Suite 400
Jersey City, New Jersey 07310

Roger Wenthe, Esq.
ROGER WENTHE, PLLC
Nevada Bar No. 8920
2831 St. Rose Parkway
Suite 200
Henderson, Nevada 89052
*Attorneys for Plaintiffs*

### ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

August 5, 2025
_____
DATE

FP 56066855.1

2