# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDDIE PEARSON, et al., | Case No.: 2:23-cv-01888-APG-MDC |
| Plaintiffs | **Order for Status Report** |
| v. | |
| INTOUCHCX SOLUTIONS, INC., | |
| Defendant | |

In December 2024, I granted the parties' stipulation to stay this case while they pursued mediation. ECF No. 52. The parties were to inform the court of the case's status within seven days of rejection or completion of a mediation. *Id.* at 2. If the mediation was not successful, the parties were to propose a deadline for the defendant to respond to the second amended complaint. *Id.*

Recently, defendant InTouchCX Solutions, Inc. moved to consolidate this action with another case, *O'Quin v. Ascenda USA, Inc.*, 2:25-cv-00324-CDS-BNW (*O'Quin*). ECF No. 66. In opposition to that motion, the *O'Quin* plaintiff suggested that the mediation in this case had taken place and failed to produce a settlement. *O'Quin*, ECF No. 16 at 2. In reply, InTouchCX does not specifically dispute that the mediation was not successful and states only that the *O'Quin* plaintiff "is not privy to discussions happening" in this case. *O'Quin*, ECF No. 19 at 6.

I THEREFORE ORDER that by September 8, 2025, the parties shall file a status report regarding the mediation and a proposed deadline for the defendant to respond to the second amended complaint.

DATED this 25th day of August, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE