FISHER & PHILLIPS LLP
BRETT M. WENDT, ESQ.
*(Admitted Pro Hac Vice)*
1125 17th Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 218-3650
E-Mail Address: bwendt@fisherphillips.com

ELIZABETH ANNE HANSON, ESQ.
Nevada Bar No. 16249
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: ehanson@fisherphillips.com

ERICA G. WILSON, ESQ.
*(Admitted Pro Hac Vice)*
6 PPG Place, Suite 830
Pittsburgh, PA 15222
Telephone: (412) 822-6624
E-Mail Address: ewilson@fisherphillips.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDDIE PEARSON, and LEA ANN DAILEY, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> INTOUCHCX SOLUTIONS INC., <br><br> Defendant. | Case No.: 2:23-cv-01888-APG-VCF <br><br> **JOINT STATUS REPORT** |

Pursuant to the Court's Order (ECF No. 73), dated August 25, 2025, Plaintiffs, Freddie Pearson and Lea Ann Dailey, and Defendant, IntouchCX Solutions, Inc., by and through their undersigned counsel, hereby submit this Joint Status Report.

The Parties participated in a voluntary private mediation on February 25, 2025. This mediation, while productive, was unsuccessful in that it did not result in a settlement of this action. The Parties continued engaging in ongoing settlement

- 1 -

FP 56466876.2

discussions, along with sharing information and documentation. To date, however, no settlement agreement has been reached. Accordingly, the Parties stipulate to a proposed deadline of September 26, 2025, to respond to the Second Amended Complaint (ECF No. 26.)

DATED this 8th day of September, 2025.

| FISHER & PHILLIPS, LLP | BROWN, LLC |
|---|---|
| By: /s/ *Elizabeth A. Hanson* <br> Brett M. Wendt, Esq <br> Erica G. Wilson, Esq. <br> Elizabeth Anne Hanson, Esq. <br> 300 South 4th Street <br> Suite 1500 <br> Las Vegas, NV 89101 <br> *Attorneys for Defendant* | By: /s/ *Nicholas Conlon* <br> Nicholas Conlon (PHV) <br> 11 Town Square Place, Suite 400 <br> Jersey City, New Jersey 07310 <br> <br> Roger Wenthe, Esq. <br> ROGER WENTHE, PLLC <br> Nevada Bar No. 8920 <br> 2831 St. Rose Parkway <br> Suite 200 <br> Henderson, Nevada 89052 <br> *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATE: September 8, 2025

FP 56466876.2