FISHER & PHILLIPS LLP
BRETT M. WENDT, ESQ.
*(Admitted Pro Hac Vice)*
1125 17th Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 218-3650
E-Mail Address: bwendt@fisherphillips.com

ELIZABETH ANNE HANSON, ESQ.
Nevada Bar No. 16249
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: ehanson@fisherphillips.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

<table>
<tr><td>FREDDIE PEARSON, and LEA ANN DAILEY, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTOUCHCX SOLUTIONS, INC.,<br><br>Defendant.</td><td>) Case No.: 2:23-cv-01888-APG-MDC<br>)<br>)<br>) <b>ORDER GRANTING</b><br>) <b>JOINT MOTION TO STAY</b><br>) <b>PENDING MEDIATION AND</b><br>) <b>STIPULATION TO TOLL</b><br>) <b>THE STATUTE OF</b><br>) <b>LIMITATIONS</b><br>)<br>)</td></tr>
</table>

Plaintiffs FREDDIE PEARSON and LEA ANN DAILEY and Defendant, INTOUCHCX SOLUTIONS, INC., hereby jointly move to stay these proceedings pending mediation, and stipulate to the tolling of the statute of limitations, stating as follows:

1.      This matter was commenced on November 16, 2023 [ECF No. 1].

2.      Plaintiffs' First Amended Complaint was filed on December 19, 2023 [ECF No. 13].

3.      Plaintiffs' Second Amended Complaint was filed on February 9, 2024 [ECF No. 26].

4.      Defendant's Motion for Partial Dismissal of Plaintiffs' Second Amended Complaint was filed on February 23, 2024 [ECF No. 28].

1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

5.      On September 23, 2024, the Court issued an Order Granting in Part Defendant's Motion to Dismiss [ECF No. 45].

6.      A Joint Motion to Stay Pending Mediation and Stipulation to Toll the Statute of Limitations was filed on December 2, 2024 [ECF No. 51].

7.      On December 3, 2024, the Court issued an Order Granting the parties' Joint Motion to Stay Pending Mediation and Stipulation to Toll the Statute of Limitations [ECF No. 52].

8.      Defendant's Motion to Consolidate the cases *Pearson v. IntouchCX Solutions, Inc.*, Civil Action No.: 2:23-CV-01888-APG-MDC and *O'Quin v. Ascenda USA, Inc.*, Case No. 2:25-cv-00324-CDS-BNW, both pending in this Court, was filed on July 16, 2025 [ECF No. 66].

9.      On August 25, 2025, the Court issued an Order for Status Report regarding the mediation and the proposed deadline for Defendant to respond to the Second Amended Complaint [ECF No. 73].

10.      A Joint Status Report regarding the outcome of the mediation and setting a deadline of September 26, 2025 for Defendant to respond to the Second Amended Complaint was filed on September 8, 2025 [ECF No. 75].

11.      On September 8, 2025, the Court issued an Order Granting the Joint Status Report [ECF No. 76].

12.      Defendant's Answer to Second Amended Collective and Class Action Complaint with Jury Demand was filed on September 26, 2025 [ECF No. 78].

13.      Defendant's Certificate of Interested Parties Pursuant to F.R.C.P 7.1 and LR 7.1-1 was filed on October 6, 2025 [ECF. No. 81].

14.      A Stipulated Protective Order was filed on November 6, 2025 [ECF No. 83].

15.      On November 7, 2025, the Court issued an Order Granting the Stipulated Protective Order [ECF No. 86].

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

16. A Stipulated Discovery Plan and Scheduling Order (Special Scheduling Review Requested) was filed on November 7, 2025 [ECF No. 87].

17. On November 12, 2025, the Court issued an Order Granting the Stipulated Discovery Plan and Scheduling Order (Special Scheduling Review Requested) [ECF No. 88].

18. On November 19, 2025, the Court issued an Order Denying Defendant's Motion to Consolidate the cases *Pearson v. IntouchCX Solutions, Inc.*, Civil Action No.: 2:23-CV-01888-APG-MDC and *O'Quin v. Ascenda USA, Inc.*, Case No. 2:25-cv-00324-CDS-BNW [ECF No. 89].

19. Since the Court issued the Order Denying the Motion to Consolidate [ECF No. 89], the parties have renewed settlement discussions. Defendant is compiling data necessary to these discussions.

20. The parties respectfully request that the Court stay these proceedings (including the dates of the parties' Stipulated Discovery Plan and Scheduling Order [ECF No.88]) for a period of **90 days** and cancel any upcoming in-Court scheduling and management conferences while the parties attempt to reach a settlement. Notwithstanding the parties' agreement to attempt to resolve the issues through these discussions, the parties acknowledge that, if this case does not settle, Plaintiffs retain the burden to move for and obtain collective action certification, and Defendant reserves the right to oppose any such motion and to move to decertify the collective if Plaintiffs' motion is granted.

21. The parties will notify the Court of the status of the matter within seven (7) days of successful settlement or the expiration of the stay whichever date is earlier. If settlement discussions are not successful, the parties will propose a deadline to submit a revised Stipulated Discovery Plan and Scheduling Order.

22. The parties will meet and confer regarding the exchange of relevant information to facilitate settlement discussions. All materials exchanged by the parties pursuant to this Motion shall be deemed CONFIDENTIAL SETTLEMENT

3

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

MATERIALS. If settlement is not reached, Plaintiffs' counsel agrees to return the data and information produced by Defendant pursuant to this Motion and shall not use that information for any purposes other than mediation.

9.      The parties further stipulate that the statute of limitations for Defendant's employees and former employees who may later file consent to join forms in this litigation, if any, is tolled from February 25, 2026 until the end of the stay. The parties agree that this tolling period is the same length as the stay and is contingent on the stay being granted and remaining in place.

10.      If the stay is terminated early, the parties agree that the tolling period ends on the date on which the stay ends. This tolling agreement extends only to the potential claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, ("FLSA") for which Defendant's employees and former employees may file consent to join forms in this lawsuit; it does not extend to any FLSA or other claims that Defendant's employees or former employees may assert in any other current or future lawsuit against Defendant, nor does it revive any claim that is or was already barred on February 25, 2026.

12.      Nothing contained in this Motion shall be construed as a factual or legal admission.

23.      Granting this Motion will allow the parties an opportunity to settle this litigation without incurring more fees and costs than are necessary, thereby promoting the interests of judicial economy and efficiency. No prejudice would result to any party if this Motion is granted.

24.      This Motion is made in good faith to settle the issues of this lawsuit and not to cause any undue delay.

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

4

WHEREFORE, the parties respectfully request that the Court enter an order granting this Motion and staying this matter (including the dates of the parties' Stipulated Discovery Plan and Scheduling Order [ECF No.88]) for 90 days pending settlement discussions.

Dated this 25th day of February, 2026.

**FISHER & PHILLIPS, LLP**                    **BROWN, LLC**

By: */s/ Elizabeth Anne Hanson, Esq.*         By: */s/ Nicholas Conlon, Esq.*
Elizabeth Anne Hanson, Esq.                   Nicholas Conlon (PHV)
Brett M. Wendt, Esq.                          111 Town Square Place, Suite 400
300 S. Fourth Street, Suite 1500              Jersey City, New Jersey 07310
Las Vegas, Nevada 89101
*Attorneys for Defendant*                     Roger Wenthe, Esq.
                                              ROGER WENTHE, PLLC
                                              Nevada Bar No. 8920
                                              2831 St. Rose Parkway
                                              Suite 200
                                              Henderson, Nevada 89052
                                              *Attorneys for Plaintiffs*

### ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

 February 26, 2026
_____
DATE

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

5