BROWN, LLC

Nicholas Conlon
111 Town Square Place, Suite 400
Jersey City, NJ 07310
T: (877) 561-0000
nicholasconlon@jtblawgroup.com
*Lead Counsel for Plaintiffs*
*(Additional counsel appear on signature page)*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FREDDIE PEARSON, LEA ANN DAILEY, and HEIDI LOTHRINGER, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTOUCHCX SOLUTIONS, INC., and INTOUCHCX US INC., formerly known as ASCENDA USA, INC.,<br><br>Defendants. | Case No.: 2:23-cv-01888-APG-MDC<br>Case No.: 2:26-cv-03636-EJY<br><br>AMENDED STIPULATION AND ORDER FOR LEAVE TO FILE THIRD AMENDED COMPLAINT |

Plaintiffs Freddie Pearson and Lea Ann Dailey ("Plaintiffs") and Defendant InTouchCX Solutions, Inc. ("Defendant"), together with IntouchCX US Inc., formerly known as Ascenda USA, Inc., by and through their respective counsel, stipulate as follows:

**WHEREAS**, Plaintiffs commenced this action on November 16, 2023, and the operative pleading is the Second Amended Complaint (ECF No. 26);

**WHEREAS**, on November 18, 2026, the Court consolidated this action with Case No. 2:26-cv-03636-EJY for all purposes (ECF No. 101) and requested that the parties file an amended stipulation and proposed Third Amended Complaint bearing the consolidated caption (ECF No. 102); this Amended Stipulation differs from the stipulation filed at ECF No. 99 only in its caption and the addition of this recital;

**WHEREAS**, Defendants do not oppose filing this Third Amended Complaint pursuant to

Fed. R. Civ. P. 15(a)(2), as evidenced by this Stipulation and Order for Leave to File Third Amended Complaint;

**WHEREAS**, the proposed Third Amended Complaint is attached as Exhibit 1 and, as required by LR 15-1(a), is complete in itself without reference to any prior pleading; it adds Heidi Lothringer as a named plaintiff, whose written consent pursuant to 29 U.S.C. § 216(b) will be filed with it; adds IntouchCX US Inc. as a Defendant and alleges that Defendants are jointly and severally liable; adds the agreed waiting-time claims; removes the classification allegation previously addressed by the Court's order on Defendant's motion to dismiss (ECF No. 45); and makes conforming revisions;

**WHEREAS**, the deadline to amend the pleadings or add parties under the Scheduling Order (ECF No. 88) is July 14, 2027, and has not passed;

**WHEREAS**, these proceedings are stayed through December 31, 2026 (ECF No. 98) pending the parties' December 8, 2026 mediation, and this stipulation is submitted jointly in furtherance of that mediation;

**WHEREAS**, no trial date has been set, and this stipulation is entered in good faith and not for purposes of delay;

**NOW, THEREFORE**, the parties stipulate and agree, subject to the Court's approval, as follows:

1. The parties jointly request that the stay (ECF No. 98) be deemed lifted for the limited purpose of the filings contemplated herein, and that it otherwise remain in effect through December 31, 2026.

2. Plaintiffs are granted leave to file the Third Amended Complaint in the form attached as Exhibit 1, and shall file it within three (3) days of the Court's approval of this stipulation. Heidi Lothringer's written consent pursuant to 29 U.S.C. § 216(b) shall be filed with it.

3. Upon its filing, the Third Amended Complaint shall be the operative pleading in this action.

4. Defendants shall answer or otherwise respond to the Third Amended Complaint within forty-five (45) days of its filing.

5. Nothing in this stipulation or the filing of the Third Amended Complaint alters any party's rights or obligations under the parties' written agreements, including the commencement date of any claim.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

Pursuant to LR IC 5-1, the filer attests that concurrence in the filing of this document has been obtained from each signatory.

IT IS SO STIPULATED.

I, Nicholas Conlon, counsel for Plaintiffs, certify that artificial intelligence was used to generate a portion of this filing. I have reviewed the source material and verified that the artificially generated content in the filing is accurate and complies with the filer's Rule 11 obligations.

DATED November 19, 2026

**BROWN, LLC**
By: /s/ Nicholas Conlon
Nicholas Conlon (pro hac vice)
111 Town Square Place, Suite 400
Jersey City, NJ 07310
Phone: (201) 630-0000
nicholasconlon@jtblawgroup.com

**ROGER WENTHE, PLLC**
Roger Wenthe, Nevada Bar No. 8920
2831 St. Rose Pkwy. # 200
Henderson, NV 89052
*Counsel for Plaintiffs*

**FISHER & PHILLIPS LLP**
By: /s/ Elizabeth Anne Hanson
Elizabeth Anne Hanson, Esq., Nevada Bar No. 16249
300 South Fourth Street, Suite 1500
Las Vegas, NV 89101
Phone: (702) 252-3131
ehanson@fisherphillips.com
*Counsel for Defendants*

**IT IS SO ORDERED.**

DATED this 20th day of November, 2026.

_______________________________
HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE